TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00263-CV

Bart Baker d/b/a Baker Harvesting, Appellant

v.

Texas Workers' Compensation Insurance Fund, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 98-04159, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

 Appellant Bart Baker d/b/a Baker Harvesting filed this restricted appeal,
complaining of damages and attorney's fees awarded to appellee Texas Workers' Compensation
Insurance Fund following entry of a default judgment against appellant. Appellee filed a reply
conceding the merit of appellant's issues on appeal. We therefore affirm the trial court's judgment 
relating to the issue of appellant's liability and taxing costs at trial against appellant, reverse the
judgment relating to damages and appellee's attorney's fees, and remand the case for a new trial
on the issue of damages and attorney's fees.

 

 Jan P. Patterson, Justice

Before Justices Jones, Kidd and Patterson

Affirmed in Part; Reversed and Remanded in Part

Filed: November 18, 1999

Do Not Publish